AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOHN RUSH,

    Petitioner,

v.

ISIDRO BACA, et al.,

    Respondent(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00572-HDM-WGC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that petitioner's petition for writ of habeas corpus (ECF No. 6) is DISMISSED without prejudice on exhaustion grounds.
    **IT IS FURTHER ORDERED** that the court declines to issue a certificate of appealability.

June 3, 2016

                                                                              **LANCE S. WILSON**
                                                                              Clerk

                                                                              /s/ K. Rusin
                                                                              Deputy Clerk